**STUEBING–COWAN COMPANY, Appellant, v. John J. SEMPLE and William Reddick, Doing Business as Semple & Reddick, Appellees.**

Circuit Court of Appeals, Third Circuit.
October 31, 1928.

No. 3851.

Edward G. Curtis and Drury W. Cooper, both of New York City, for appellant.
James J. Kennedy and Harris M. Humason, both of New York City, for appellees.

Before WOOLLEY and DAVIS, Circuit Judges, and KIRKPATRICK, District Judge.

PER CURIAM. Affirmed.